OPINION — AG — QUESTION: "* * * DO THE RULES AND REGULATIONS AS ADOPTED PROVIDE THE LEGAL AUTHORITY FOR THE COMMISSIONER OF HEALTH TO REQUIRE REFRIGERATION OF SUCH POTENTIALLY HAZARDOUS FOODS AS CREAM FILLED PIES AND CREAM FILLED PASTRIES WHILE IN TRANSIT BETWEEN THE BAKERY AND OTHER POINTS OF PREPARATION AND THE RESTAURANT, GROCERY, OR OTHER RETAIL ESTABLISHMENT WHERE THE PRODUCTS ARE CONSUMED OR SOLD TO THE CONSUMER?" — AFFIRMATIVE CITE: 63 O.S. 1965 Supp., 1118 [63-1118](A), 63 O.S. 1965 Supp., 1-101 — 1-1710 [63-1-101] — [63-1-1710], 63 O.S. 1965 Supp., 1-1119 [63-1-1119], 63 O.S. 1965 Supp., 1-1101 [63-1-1101](H), 63 O.S. 1965 Supp., 1-1109 [63-1-1109](A), 63 O.S. 1965 Supp., 1-1114 [63-1-1114](A) (BRIAN UPP)